# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1011

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Jorge Alfredo Pina-Arellano, also | * | |
| known as Jorge Alberto Lopez, also | * | **[UNPUBLISHED]** |
| known as Jose Lopez-Gonzalez, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: April 24, 2002
Filed: April 26, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Jorge Pina-Arellano appeals the sentence imposed by the district court[1] after he pleaded guilty to illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2). Specifically, Pina contends he was entitled to a downward departure because--as an alien subject to removal--he is subject to a longer and harsher period of incarceration.

_____

[1]The HONORABLE ROBERT W. PRATT, United States District Judge for the Southern District of Iowa.

As he concedes, this court rejected his argument in <u>United States v. Cardosa-Rodriguez</u>, 241 F.3d 613, 614 (8th Cir. 2001) (deportable aliens' ineligibility for Bureau of Prisons benefits does not provide basis for downward departure in illegal-reentry cases), and only this court en banc may overrule that decision, <u>see</u> <u>Campbell v. Purkett</u>, 957 F.2d 535, 536 (8th Cir. 1992) (per curiam).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.